USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Haoyang Huang,

                Plaintiff,

-against-

Valarhash LLC et al.,

                Defendants.

1:22-cv-09973 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

This action having been referred to the undersigned for dispositive motions (*see* ECF No. 6), it is hereby Ordered that Plaintiff shall file a motion for default judgment no later than Friday, August 4, 2023.

**SO ORDERED.**

Dated:    New York, New York
           July 14, 2023

_____
STEWART D. AARON
United States Magistrate Judge