```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Haoyang Huang,

                 Plaintiff,

-against-

Valarhash LLC et al.,

                 Defendants.

1:22-cv-09973 (GHW) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff having filed a motion for default judgment (*see* Mot. for Default J., ECF No. 40), it is hereby Ordered as follows:

1. No later than Friday, August 18, 2023, Plaintiff shall serve his motion papers, along with a copy of this Order, on Defendants and file proof of service on the docket. Plaintiff may serve Defendants by mail addressed to Cheyenne Zhang, Esq. of Zhang & Zhang Law Office.

2. Defendants shall send to Plaintiff's counsel and file with the Court their responses, if any, to Plaintiff's submissions no later than September 18, 2023.

The Court hereby notifies the parties that it may determine damages based solely upon the written submissions of the parties. *See Bricklayers & Allied Craftworkers Local 2, Albany, N.Y. Pension Fund v. Moulton Masonry & Const., LLC*, 779 F.3d 182, 189 (2d Cir. 2015) (quoting *Action S.A. v. Marc Rich & Co.*, 951 F.2d 504, 508 (2d Cir. 1991)); *Cement & Concrete Workers Dist. Council Welfare Fund, Pension Fund, Annuity Fund, Educ. & Training Fund & Other Funds v. Metro Found. Contractors Inc.*, 699 F.3d 230, 234 (2d Cir. 2012) (citation omitted). To the extent that any party seeks an evidentiary hearing on the issue of damages, such party must set forth in its

submission the reason why the inquest should not be conducted based upon the written submissions alone, including a description of what witnesses would be called to testify at a hearing and the nature of the evidence that would be submitted.

**SO ORDERED.**

Dated:   New York, New York
         August 14, 2023

_____
STEWART D. AARON
United States Magistrate Judge